TAMMY MOON, Respondent, v RODNEY MOON, Appellant.
[869 NYS2d 846]

Present—Scudder, P.J., Smith, Centra and Fahey, JJ.

In the Matter of BARBARA BECKER IRREVOCABLE TRUST, Appellant, v NEW YORK STATE OFFICE OF GENERAL SERVICES et al., Respondents, et al., Respondents. [869 NYS2d 846]

Present—Scudder, P.J., Smith, Centra and Fahey, JJ.